CITY AND COUNTY OF HONOLULU, a municipal corporation, Plaintiff-Appellant, Cross Appellee, *v.* BONDED INVESTMENT COMPANY, LTD.; MOKULEIA RANCH AND LAND COMPANY, LIMITED; ANTONIO RUIS SALCEDO; SATORU IINUMA, Defendants, and LEROY ROBERT ALLEN and HIROKO ALLEN, Defendants-Appellees, Cross Appellants

No. 5243

MARCH 29, 1973

ABE, ACTING C.J., LEVINSON AND KOBAYASHI, JJ., AND CIRCUIT JUDGE MENOR IN PLACE OF RICHARDSON, C.J., DISQUALIFIED, AND CIRCUIT JUDGE LANHAM IN PLACE OF MARUMOTO, J., DISQUALIFIED

*Per Curiam.* The petition for leave to file petition for rehearing as amicus curiae is denied without argument. Circuit Judge Lanham, who dissented, does not concur.

*Daniel H. Case* and *Ted Gamble Clause* (*Case, Stack, Kay, Cronin & Clause* of counsel), attorneys for the petition.